IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No.: 3:03CV00301
MDL Docket No.: 3:03CV1516

PARKDALE MILLS, INCORPORATED,
FOR ITSELF AND AS SUCCESSOR BY MERGER TO
MAGNOLIA MANUFACTURING COMPANY, INC.;
and
PARKDALE AMERICA, LLC,

Plaintiffs,

v.

NAN YA PLASTICS CORPORATION, AMERICA;
ROBERT BRADLEY DUTTON;
WELLMAN, INC.;
ARTEVA SPECIALTIES LLC;
ARTEVA SPECIALTIES, S.A.R.L.;
ARTEVA SERVICES S.A.R.L;
ARTEVA SERVICES LLC;
TROY F. STANLEY, SR.,

Defendants.

ORDER DISMISSING
DEFENDANT
WELLMAN, INC.
WITH PREJUDICE

For good cause shown, the above-captioned action is dismissed against Wellman Inc. only, with prejudice and with each party to bear its own costs. This Order does not hereby dismiss any other claims or parties.

This 25th day of Oct., 2005.

_____
The Honorable Richard L. Voorhees