## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| IN RE POLYESTER STAPLE ANTITRUST LITIGATION | MDL DOCKET NO.: 3:03CV1516 |
| This Document Relates to: Parkdale Mills, Inc., et al. v. Nan Ya Plastics Corporation, America, et al. (Case No. 3:03CV 301) | |

### ORDER DISMISSING DEFENDANTS ARTEVA SPECIALTIES LLC, ARTEVA SPECIALTIES, S.À.R.L., D/B/A KOSA, NOW NAMED INVISTA S.À.R.L., ARTEVA SERVICES, S.À.R.L., ARTEVA SERVICES LLC, AND TROY F. STANLEY, SR., WITH PREJUDICE

For good cause shown, the above-captioned action is dismissed against Arteva Specialties LLC, Arteva Specialties, S.à.r.l., d/b/a KoSa, now named INVISTA S.à.r.l., Arteva Services, S.à.r.l., Arteva Services LLC, and Troy F. Stanley, Sr., only, with prejudice, and with each party to bear its own costs. This Order does not hereby dismiss any other claims or parties.

This 23rd day of NOV, 2005.

_____
The Honorable Richard L. Voorhees

3